

FILED

JUN 2 0 2024

CLERK OF THE COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

# United States District Court

### CENTRAL DISTRICT OF ILLINOIS

MICHAEL Hendricks
JUSTIN SNOW

             Plaintiff

      vs.

Anthony GROOTENS
BRIAN Curran
DEANA Coleman
JOHN or JANE Doe employees of SUMMIT food
JOHN or JANE DOE owners of SUMMIT food
21 members of the ADAMS COUNTY BOARD

             Defendant(s)

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

Case No. _____
*(The case number will be assigned by the clerk)*

*(List the full name of ALL plaintiffs and defendants in the caption above. If you need more room, attach a separate caption page in the above format).*

## COMPLAINT*

*Indicate below the federal legal basis for your complaint, if known. This form is designed primarily for pro se prisoners challenging the constitutionality of their conditions of confinement, claims which are often brought under 42 U.S.C. § 1983 (against state, county, or municipal defendants) or in a "Bivens" action (against federal defendants). However, 42 U.S.C. § 1983 and "Bivens" do not cover all prisoners' claims. Many prisoners' legal claims arise from other federal laws. Your particular claim may be based on different or additional sources of federal law. You may adapt this form to your claim or draft your own complaint.*

☒ 42 U.S.C. §1983 (state, county or municipal defendants)

☐ Action under *Bivens v. Six Unknown Federal Narcotics Agents*, 403 U.S. 388 (1971)(federal defendants)

☐ Other federal law: _____

☐ Unknown _____

_____

*\*Please refer to the instructions when filling out this complaint. Prisoners are not required to use this form or to answer all the questions on this form in order to file a complaint. This is not the form to file a habeas corpus petition.*

## I. FEDERAL JURISDICTION

Jurisdiction is based on 28 U.S.C. § 1331, a civil action arising under the United States Constitution or other federal law. *(You may assert a different jurisdictional basis, if appropriate).*

## II. PARTIES

A. Plaintiff**s**

| | | |
|---|---|---|
| Full Name: | MICHAEl Hendricks | JUSTIN SNOW |
| Prison Identification Number: | 26797 | 24858 |
| Current address: | 537 Vermont | 537 Vermont |
| | Quincy IL 62301 | Quincy IL 62301 |

*For additional plaintiffs, provide the information in the same format as above on a separate page. If there is more than one plaintiff, each plaintiff must sign the Complaint, and each plaintiff is responsible for paying his or her own complete, separate filing fee.*

B. Defendants

Defendant #1:

Full Name: Anthony GROOTENS

Current Job Title: Adams County Sheriff

Current Work Address 535 Vermont

Quincy IL 62301

Defendant #2:

Full Name: Brian Curran

Current Job Title: Adams County Jail Admin

Current Work Address 537 Vermont

Quincy IL 62301

Defendant #3:

Full Name: Deana Coleman

2

Current Job Title: ASSISTANT ADAMS COUNTY JAIL ADMIN

Current Work Address 537 Vermont

Quincy IL 62301

Defendant #4:

Full Name: John And or Jane Doe

Current Job Title: Kitchen Supervisors of Summit Food Service
At the Adams County JAIL

Current Work Address _____ 537 Vermont

Quincy IL 62301

Defendant #5:

Full Name: John And or Jane Doe

Current Job Title: Owners of Summit Food Services

Current Work Address 500 EAST 52nd ST

North Sioux Falls SD 57104

#6 ON PAPER

*For additional defendants, provide the information in the same format as above on a separate page.*

## III. LITIGATION HISTORY

The "three strikes rule" bars a prisoner from bringing a civil action or appeal *in forma pauperis* in federal court if that prisoner has "on 3 or more occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).

A. Have you brought any other lawsuits in state or federal court dealing with the same facts involved

Hendricks

in this case?        Yes ☐        No ☒        Snow

Yes ☐    No ☒

If yes, please describe _____

_____

B. Have you brought any other lawsuits in federal court while incarcerated?

Hendricks

Yes ☒        No ☐        Snow

yes ☒    No ☐

3

Defendant #6

Full Name : All 21 members of the Adams County Board As Follows

1. Brett Austin       2. Keith Callaway       3. Todd Duesterhaus

4. Barbara Fletcher   5. Ryan Hinkamper      6. Mark Sorensow

7. Dave Bellis        8. Marvin Kerkhoff      9. Mark Dietrich

10. Travis Cooley     11. Steve McQueen       12. Kent Snider

13 Jon McCoy          14. Tim Finley          15. Robert Rosch

16. Brand Poulter     17. Les Post            18 David McCleary

19. Theresa Bockhold  20 Brent Fischer        21. Joe Zangler

Current Job title : Adams County Board members

Current Work Address : 521 Vermont

              Quincy IL 62301

Hendricks                                    Snow

C. If your answer to B is yes, how many? __1__   Describe the lawsuit(s) below. __2__

1. Name of Case, Court and Docket Number
   24-CV-03085                               N/K

2. Basic claim made ~~Adul~~ INAdequate medical | Relsgion, INAdequate medical

3. Disposition (That is, how did the case end? Was the case dismissed? Was it appealed? Is it still

pending?) __Pending__                        Pending

*For additional cases, provide the above information in the same format on a separate page.*

## IV. EXHAUSTION OF ADMINISTRATIVE REMEDIES

*Prisoners must exhaust available administrative remedies before filing an action in federal court about prison conditions. 42 U.S.C. § 1997e(a). You are not required to allege or prove exhaustion of administrative remedies in the complaint. However, your case must be dismissed if the defendants show that you have not exhausted your administrative remedies, or if lack of exhaustion is clear from the complaint and its attachments. You may attach copies of materials relating to exhaustion, such as grievances, appeals, and official responses. These materials are not required to file a complaint, but they may assist the court in understanding your claim.*

A. Is there a grievance procedure available at your institution?  Yes ☒  No ☐

B. Have you filed a grievance concerning the facts relating to this complaint?

   Yes ☒   No ☐

If your answer is no, explain why not _____
_____

C. Is the grievance process completed?  Yes ☒   No ☐

4

## V. STATEMENT OF CLAIM

Place(s) of the occurrence  _Adam County JAIL  537 Vermont Quincy IL_

Date(s) of the occurrence  _MARch 2024 thru present_

*State here briefly the FACTS that support your case.  Describe what each defendant did to violate your federal rights.  You do not need to give any legal arguments or cite cases or statutes.  Number each claim in a separate paragraph.  Unrelated claims should be raised in a separate civil action. .*

*THE COURT URGES YOU TO USE ONLY THE SPACE PROVIDED.  Federal Rule of Civil Procedure  8(a) requires only a "short and plain statement" of your claim showing that you are entitled to relief. It is best to include only the basic, relevant facts, including dates, places, and names.*

5

# I   JURISDICTION   AND VENUE

1. This is a civil action authorized by 42 U.S.C. Section 1983 to redress the deprivation, under the color of State Law, of rights secured by the Constitution of the United States. The Court has jurisdiction under 28 U.S.C. Sections 1331 and 1343(a)(3). All Plaintiffs seek declaratory relief pursuant to 28 U.S.C. Sections 2201 and 2202. Plaintiffs claims for injunctive relief are authorized by 28 U.S.C. Sections 2283 and 2284 and Rule 65 of the Federal Rules of Civil Procedure.

2. The Central District of Illinois is the appropriate venue under 28 U.S.C. Section 1391 (b)(2) because it is where the events giving rise to this claim occurred

# II PLAINTIFFS

3. Plaintiff MICHAEL Hendricks is and was at all times mentioned herein a inmate at the Adams County Jail located at 537 Vermont Quincy Illinois. Plaintiff Hendricks is a Federal detainee.

4. Plaintiff JUSTIN Snow is and was at all times mentioned herein a inmate at the Adams County Jail located at 537 Vermont Quincy Illinois. Plaintiff Snow is a State pretrial detainee.

# III DEFENDANTS

5. Defendant Anthony Grootens Is the Sheriff of Adams County Illinois. Defendant Grootens Is legally responsible for the operations of the Adams County Jail located at 537 Vermont Quincy IL.

6. Defendant Brian Curran Is the Jail Admin of the Adams County Jail. Defendant Curran Is legally responsible for the day to day operations of the Adams County Jail located at 537 Vermont Quincy IL.

7. Defendant Deana Coleman Is the Assistant Jail Admin of the Adams County Jail. Defendant Coleman Is legally responsible for the day to day operations of the Adams County Jail located at 537 Vermont Quincy IL.

8. Defendant John And or Jane Doe employees of Summit Food Service supervising food cooked And served into Inmates At the Adams County Jail. Defendant John And or Jane Doe of Summit Foods Service Is legally responsible to follow the menu provided by Summit Food Service for the Adams County Jail at 537 Vermont Quincy IL.

9. Defendant John And or Jane Doe owners And operators of Summit Food Services. Defendant John And or Jane Doe of Summit Food Service Is legally responsible to supply Adams County Jail Inmates with proper Nutrition And proper calories.

10. Defendants All 21 Adams County Board members Jointly

And severally. All 21 Adams County Board members are legally responsible for the Adams County Jail's contractors and subcontractors, employees, and contracts, for the Adams County Jail located at 537 Vermont Quincy IL.

## IV FACTS

11. At all times relevant to this case, Plaintiff Hendricks and Snow was inmates at the Adams County Jail located at 537 Vermont Quincy IL.

12. All defendants failed to provide Plaintiffs with Adequate nutrition since March 2024, in violation of Plaintiffs rights under the 8th and 14th Amendment.

13. Plaintiff Hendricks and snow since March of 2024 have been served food at the Adams County Jail that is at or around 1100 to 1500 calories per day. The portion sized, by the menu, is less than what is on the menu. Plaintiffs have measured the food served. Plaintiffs also state the food is served at room temp or cooler.

14. This is caused Plaintiffs Hendricks and Snow stomach problems such as diareaha.

15. The food served is high in salt. This has caused the Plaintiffs blood pressure to be very high. This has also led to Plaintiff Hendricks having heart problems.

16. Because of the high starch Plaintiffs Hendricks blood

glucose levels are very high.

17. Plaintiffs have lost weight due to the INADEQUATE NUTRITION.

18. Plaintiff Hendricks and Snow has not been served any FRUIT and very little DAIRY while at the Adams County Jail.

19. Plaintiff Hendricks and Snow have wrote general request, grievances, and appeals to Defendants Coleman and Curran. These all come back either clensed or states defendants cant do anything about it.

20. Plaintiff Hendricks and Snow have wrote Defendants Grootens, Adams County Board, Summit food Service several personal letters about the under calories, low NUTRITION, no FRUIT, and cold food. All letters have been ignored.

## V  LEGAL CLAIMS

21. Defendant Anthony Grootens by disregarding letters sent by the Plaintiffs about INADEQUAT NUTRITION (low calories, poor NUTRITION, cold served food), defendant Grootens actions violated Plaintiffs Hendricks, Snow rights under the 8th And 14th Amendments to the United States Constitution And caused Plaintiff Hendricks and Snow PAIN, suffering physical INJURY and emotional distress.

22. Defendant Brian Curran by disregarding general request, grievances, Appeals sent by the Plaintiffs About Inadequate Nutrition (low calories, poor nutrition, cold served food) defendant Currans Action violated Plaintiff Hendricks, Snow rights under the 8th and 14th Amendments to the United States Constitution And caused Plaintiff Hendricks And Snow pain, suffering, Physical Injury And emotional distress.

23. Defendant Deana Coleman by disregarding general request, grievances, Appeals, sent by the Plaintiffs About Inadequate Nutrition (low calories, poor Nutrition, cold served food) defendant Colemans Action violated Plaintiff Hendricks, Snow rights under the 8th and 14th Amendments to the United States Constitution And caused Plaintiff Hendricks And Snow pain, suffering, Physical Injury And emotional distress.

24. Defendant John and or Jane Doe employees of Summit food Service supervising food cooked At the Adams County Jail by disregarding letters, grievances And Appeals, sent by the Plaintiffs About Inadequate Nutrition (low calories, poor nutrition, cold served food) defendants John or Jane Doe Supervisors for Summit food Services Action violated Plaintiff Hendricks And Snow rights under the 8th And 14th Amendments to the

UNITED STATES CONSTITUTION And caused PLAINTIFF Hendricks And Snow PAIN, suffering, physical INJURY And emotional distress.

25. Defendant John And or Jane Doe owners And operators of Summit food Service by disregarding letters sent by the PLAINTIFF About INAdequate NUTRITION (low calories, Poor NUTRITION, cold served food) defendant John And or Jane Doe owners And operators of Summit Food Services Actions violated PLAINTIFF Hendricks And Snow rights under the 8th And 14th Amendment To the United States Constitution And caused PLAINTIFF Hendricks And Snow PAIN, suffering, physical INJURY And emotional distress.

26. Defendants All 21 Adams County Board members by disregarding letters sent by the PLAINTIFF About the INADequate NUTRITION (low calories, Poor NUTRITION, cold served food) defendants All 21 Adams County Board members action violated PLAINTIFF Hendricks And Snow rights under the 8th And 14th Amendments To the United States Constitution And caused PLAINTIFF Hendricks And Snow PAIN, suffering, physical INJURY And emotional distress.

PLAINTIFF Hendricks And Snow has no Plain, Adequate or complete remedy At law to redress the wrongs described herein. PLAINTIFF

Hendricks and Snow has been and will continue to be irreparable Injured by the conduct of the defendants unless this Court grants the declatory, Injunctive And monetary relief which the Plaintiffs seek.

## VI PRAYER FOR RELIEF

WHEREFORE, Plaintiffs prays that this Court enter Judgment:

1. GRANT Plaintiff Hendricks and Snow a declaration that this Acts and omissions describe here in violated the Plaintiffs rights under the Constitution and laws of the United States, AND

2. GRANT Plaintiffs a preliminary And permanent Injunction to seek all Defendants to serve the right Amount of calories, proper Nutrition, And food to the IDPH Standards AND

3. GRANT Plaintiffs compensatory damages in the Amount of $25,000.00 Against each Defendant Jointly and severally, AND

4. GRANT Plaintiffs nominal and punitive damages against each defendant in the Amount of $10,000.00 Jointly And severally, AND

5. Plaintiffs Also seeks recovery of the cost in this suit, AND

6. Plaintiffs seek any additional relief this court deems just, proper, and equitable, AND

7. Plaintiffs also seek a jury trial on all issues triable by jury

Respectfully submitted

*Michael Hendricks*
MICHAEL HENDRICKS
INMATE 26797
537 Vermont
Quincy IL 62301

6/17/2024

*Justin Snow*
JUSTIN SNOW
INMATE 24858
537 Vermont
Quincy IL 62301

## VERIFICATION

We have read the forgoing complaint and hereby verify that the matters alleged therein are true. We certify under penalty of perjury that the forgoing is true and correct.

Executed at Quincy Illinois on this 17th day of June 2024

RELIEF REQUESTED

(State what relief you want from the court.)

_____
_____
_____
_____
_____
_____
_____
_____
_____
_____

JURY DEMAND          Yes ☒          No ☐

Signed this ___7th___ day of _June_____, 20_24_.


_____
( Signature of Plaintiff)

_____
SIGNATURE OF PLAINTIFF

| Name of Plaintiff: | Inmate Identification Number: |
|---|---|
| MICHAEL Handricks | 26797 |
| JUSTIN SNOW | 24858 |
| Address: | Telephone Number: |
| 537 Vermont | |
| Quincy IL 62301 | |

8

Legal Mail

Mike Hendricks
Inmate 26797
537 Vermont
Quincy IL 62301

United States District Court
600 East Monroe
Springfield IL 62701

SPRINGFIELD IL
17 JUN 2024 PM

FOREVER USA

Barn Swallow

627018166 3

Legal Mail